# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:07-CR-00094 AWI |
|---|---|
| Plaintiff, | ) ORDER REGARDING CONTINUING COMMITMENT |
| v. | ) |
| ROBERT FLORES GOMEZ, | ) |
| Defendant. | ) |

After hearing, pursuant to 18 U.S.C. §§ 4246 and 4247(d), the Court finds by clear and convincing evidence that the release of the Defendant, Robert Flores Gomez, would create a substantial risk of bodily injury to another person or serious damage of property of another due to Mr. Gomez's present mental disease. Accordingly, Mr. Gomez's commitment to the custody of the Attorney General is hereby continued until further order of the Court. A further review hearing is scheduled for April 30, 2012.

IT IS SO ORDERED.

Dated:   November 1, 2011                                    _____
                                                             CHIEF UNITED STATES DISTRICT JUDGE